No. 71–5269. MORRIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–5270. LEWIS v. OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 71–5271. STELLY v. QUICK MANUFACTURING CO. ET AL. Sup. Ct. La. Certiorari denied.

No. 71–5272. TITUS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5273. BODMER v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 2d Cir. Certiorari denied.

No. 71–5276. MADDOX v. SIGLER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 71–5281. MURDOCK v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 71–5283. BABER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 71–5284. HICKS v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 71–5285. SLATER v. TARVER ET AL. C. A. D. C. Cir. Certiorari denied.

No. 71–5288. TOSATTO v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 71–5290. WOODARD v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 71–5291. CHUBBS v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.